THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SCHLOER, alias GEORGE ENDOME, alias GEORGE ANDERSON, Appellant.— Judgment of conviction and orders of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

LULU V. RICE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant. (No. 2.)— Judgment and order reversed, and a new trial granted on argument, costs to abide the event. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

JOEL T. RICE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant. (No. 2.)— Judgment and order reversed and a new trial granted on argument, costs to abide the event. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

VINCENZO SALERNO, Appellant, v. GIUSEPPINA SARLO and Another, Respondents.— Judgment reversed and new trial granted, costs to abide the event, on the ground that if the mortgage was, as found, a mere gift to take effect in the future, that is upon the death of the plaintiff, it was invalid, and should be entirely set aside. We grant a new trial, however, because we think that if the mortgage was really given upon the consideration that plaintiff had appropriated to himself moneys left by the mother of defendant Giuseppina, and which she intended to go to her daughter, so as to make those moneys good to the daughter, such consideration was sufficient to sustain the bond and mortgage as valid, and because we do not perceive that the learned trial justice passed directly upon those matters. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

NATHAN A. SEAGLE, as Executor, etc., of ANNIE J. DADE, Deceased, Respondent, v. JOHN D. BARRETO, Appellant.— Judgment affirmed, with costs, without prejudice, however, to an application on the part of the defendant, at Special Term, to be permitted to file an account and discharge himself from the liability adjudged by the interlocutory decree; the judgment to stand in the meantime. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

E. RAYMOND UDALL, Respondent, v. CHARLES A. WILL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ARTHUR B. WESTERVELT, Respondent, v. MARIA F. STRUSS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

MARY V. WHITE, Respondent, v. FRANK SCHNEIDER and JOSEPH SCHNEIDER, Copartners, etc., Appellants.— Judgment reversed and new trial granted, costs to abide the final award of costs. The equity court did not find that a provision postponing delivery of possession to the tenant until the landlord could secure that possession was omitted from the written agreement by mutual mistake, and the evidence would not justify such a finding. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.